▬ KATHLEEN BERGIN, Appellant, v QUINCY MUTUAL FIRE INSURANCE COMPANY et al., Respondents, et al., Defendant.

[733 NYS2d 647] —Appeal from an order of the Supreme Court (Rumsey, J.), entered December 18, 2000 in Broome County, which granted motions by defendants Quincy Mutual Fire Insurance Company and John M. Dorner Adjustment Company, Inc. to dismiss the complaint against them.

Order affirmed, upon the opinion of Justice Phillip R. Rumsey.

Mercure, J. P., Crew III, Peters, Rose and Lahtinen, JJ., concur. Ordered that the order is affirmed, with costs.